```
              IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                 DIVISION OF ST. THOMAS AND ST. JOHN
```

JAYNELLE BURTON,

                                Plaintiff,      CASE NO. 2010-77

v.

BOBBY'S TOWING COMPANY and
BANCO POPULAR de Puerto Rico,

                              Defendants.

ORDER

    This matter was before the Court on August 1, 2012, on the Orders to Show Cause dated June 14, 2012 and July 5, 2012, directed to plaintiff. Plaintiff personally appeared.

    On December 8, 2011, plaintiff was directed to file an amended complaint on or before January 7, 2012, alleging a factual basis for this Court's jurisdiction. Plaintiff failed to comply with that Order. In addition, despite having filed the complaint on July 16, 2010, plaintiff has neither requested nor been issued summonses to defendants, nor is there any indication in the docket that service has been made in accordance with Federal Rule of Civil Procedure 4. Plaintiff has not sought any extension of time for service.

    The premises considered, is hereby

    **ORDERED** that plaintiff shall, on or before September 1, 2012, amend the complaint herein to allege a factual basis for this Court's

*Burton v. Bobby's Towing Company, et al.*
Civil No. 2010-77
Page 2

jurisdiction. The failure to so amend, or to demonstrate sufficiently that the Court has jurisdiction, may lead to dismissal of this action; and it is further

**ORDERED** that plaintiff shall demonstrate, on or before September 1, 2012, why this matter should not be dismissed for failure to timely serve process on defendants; and it is further

**ORDERED** that this matter is scheduled for further proceedings on **September 5, 2012, at 11:00 a.m.**, in the Magistrate Judge's Courtroom, District Court of the Virgin Islands, 5500 Veterans Drive, U.S. Courthouse & Federal Building, St. Thomas, Virgin Islands.

                    S\_____
                      **RUTH MILLER**
                      United States Magistrate Judge